Case # IDTC-24-028606

FILED
WAHIAWA DISTRICT COURT
OF THE FIRST CIRCUIT

## NOTICE FEE SCHEDULE
### Lawful Legal Notice

2025 MAR 31  AM 11:49

## Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

CLERK   R. Lee

---

**Date Created:3/25/2025  Last Updated on: 3/25/2025**

<u>Notice - Fee Schedule</u> is a schedule of mandatory fees instated by brook-michael: Family of chandler [hereinafter jane-doe: smith I, me, my], a freeman, sui juris as living woman, living blood, living soul American National, born on the land,  and sole beneficiary of the Social Security Cestui Que Trust, BROOK MICHAEL CHANDLER©, BROOK M CHANDLER© and BROOK CHANDLER©, do hereby set forth fees to be instituted in any business dealing with "Ens Legis," BROOK MICHAEL CHANDLER©, or any permutation thereof, for any business conducted relevant to this fee schedule.

Fees are subject to change at any time without prior notice. brook-michael: chandler, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time. Fees are due and MUST be paid before said business can commence.  In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after the day of receipt.  If said fees are not met, it is the right of the jane-doe: smith, to refuse or void any form of business interaction and/or transaction.   If said fees are not met, then indebted to me brook-michael: chandler, beneficiary, for Ten million and no cents (10,000,000.00) Dollars jointly or severally in the money of account of the United States of America, Article I, Section 10 [1], wherein it states, "No State shall…make any Thing but gold and silver Coin a Tender in Payment of Debts." If you have no gold and silver Coin then I will "receive without prejudice" Federal Reserve- Notes, a Bank-draft, or the like in lieu of the gold and silver Coin for the sum total.

Furthermore, witnessed through this fee schedule notice, if you willfully and knowingly injured me I have authority to create a Claim of Lien against you each and file a financing statement against you each supporting my lien as I deem necessary to protect me, my property and my rights if needed at any time. Additionally, in order to facilitate my rights under this fee schedule notice and Security-Agreement you agree that I have your Power of Authority/Attorney to file anything to bring about the "payment" of this debt and protect me, my property and my rights and that you have no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings. Additionally, you agree that you grant your Power of Authority/Attorney to me, brook-michael: chandler, so that I am able to collect the damages through a lien, UCC-1, UCC-3, Treasury forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if such injury to me persists on a yearly basis. It is understood that even though a Treasury Form 1040 is for a Tax Class 2 and the 1099- A and 1099-OID are a Tax Class 5, I do not know any other way of filing this debt for collection other than to use these forms, so I use them "without prejudice." "The ability to place a lien upon a (wo)man's property, such as to temporality deprive him(her) of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times." United States Supreme Court, 1969, Sniadach v. Family Finance Corp., 395 U.S. 337,349.

## FEES:

Exibit A

---

**Chandler, Brook Michael - Fee Schedule - Terms of Service**          Page 1 of 7

## Private Easements Schedule
Penalty for Private Use                                                           $      250,000

## Public Easements Schedule
Penalty for Public Use                                                            $      250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials**:

|   |   |   |
|---|---|---|
| a. | Name | $      50,000 |
| b. | Drivers License Number | $      50,000 |
| c. | Social Security Number | $     100,000 |
| d. | Retinal Scans | $   5,000,000 |
| e. | Fingerprinting | $     200,000 |
| f. | Photographing | $     200,000 |
| g. | DNA | $   5,000,000 |
|    | 1.  Mouth swab | $   5,000,000 |
|    | 2.  Blood samples | $   5,000,000 |
|    | 3.  Urine samples | $   5,000,000 |
|    | 4.  Breathalyzer testing | $   5,000,000 |
|    | 5.  Hair samples | $   5,000,000 |
|    | 6.  Skin samples | $   5,000,000 |
|    | 7.  Clothing samples | $   5,000,000 |
|    | 8.  Forced giving of fluids/samples | $   5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

|   |   |   |
|---|---|---|
| a. | Citations | $      60,000 |
| b. | Warning issued on Paper Ticket | $      25,000 |

**Appearance in court because of traffic citations:**

|   |   |   |
|---|---|---|
| a. | Time in court | $ 75,000/hr |
| b. | If Fine is imposed | $     500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

|   |   |   |
|---|---|---|
| a. | Agency by Estoppel | $      50,000 |
| b. | Color of Law | $     150,000 |
| c. | Implied Color of Law | $     150,000. |
| d. | Criminal Coercion | $     500,000 |
| e. | criminal Contempt of court | $     500,000 |
| f. | Estoppel by Election | $     350,000 |
| g. | Estoppel by Laches | $     350,000 |
| h. | Equitable Estoppel | $     500,000 |
| i. | Fraud | $   1,000,000 |
| j. | Fraud upon the court | $   2,000,000 |

| | | |
|---|---|---|
| k. | Larceny | $ 250,000 |
| l. | Grand Larceny | $ 250,000 |
| m. | Larceny by Extortion | $ 1,000,000 |
| n. | Larceny by Trick | $ 1,000,000 |
| o. | Obstruction of Justice | $ 100,000 |
| p. | Obtaining Property by False Pretenses | $ 1,000,000 |
| q. | Simulating Legal Process | $ 1,000,000 |
| r. | Vexatious Litigation | $ 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ 100,000 |
| u. | Seizure of Motor Conveyance | $ 100,000 |
| v. | Theft of License Plate | $ 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| a. | Name written by the informant | $ 250,000 |
| b. | Drivers License written by informant | $ 150,000 |
| c. | Social Security Number written by informant | $ 150,000 |
| d. | Miscellaneous Material written by informant | $ 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | |
|---|---|---|
| a. | Financial Information | $ 100,000 |
| b. | Property inside of motor vehicle | $ 150,000 |

**Time Usage for traffic stops:**

| | | |
|---|---|---|
| a. | 30 minutes | $ 5,000 |
| b. | 60 minutes | $ 10,000 |
| c. | 90 minutes | $ 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

a. My Appearance
    a. Under protest and duress:      $ 75,000/hour
    b. Voluntarily      $ 10,000/hour

**Use of trade name material**

a. Name
    a. Under protest and duress:      $ 25,000
    b. Voluntarily      $ 10,000
b. Drivers License

---

a. Under protest and duress:                                                    $    25,000
b. Voluntarily                                                                  $    10,000
c. Social Security Number
    a. Under protest and duress:                                           $    25,000
    b. Voluntarily                                                         $    10,000
d. Miscellaneous Material                                                       $    25,000
e. Produce any personal information for any kind of business interaction:
a. Financial Information                                                        $    10,000
b. Drivers License                                                              $    10,000
c. Social Security Number                                                       $   250,000
d. Any documents produced by me                              $   10,000/document

**Time usage for court appearances:**

a. 30 minutes
    a. Under Protest and Duress                                            $    33,500
    b. Voluntarily                                                         $    10,000
    c. 60 minutes                                                          $    75,000
    d. Voluntarily                                                         $    20,000
b. 90 minutes or more
    a. Under Protest and Duress                                            $   100,500
    b. Voluntarily                                                         $    30,000

## Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

a. Failure to honor God Given Rights                                            $    20,000
b. Failure to honor Oath of Office                                              $    50,000
c. Failure to honor Constitutional Oath                                         $    50,000
d. Failure to honor Written and/or Oral Word                                    $     5,000
e. Silence/Dishonor/Default                                                     $     5,000
f. Failure to honor /No Bond                                                    $     5,000
g. Phone call to telephone number used by Secured

    **Party including from alleged debt collectors**

h. Telephone message left on phone                                          $  5,000 each
i. Use of Street Address/Mailing location of Secured Party                  $  5,000 each
j. Time Waiting for Scheduled Service                                       $  1,000/hour
k. Detention from Free Movement and/or cuffed                               $ 75,000/hour
l. Incarceration                                                            $ 75,000/hour
m. Failure to Follow Federal and/or State Statutes,

    **Codes, Rules and/or Regulations**

| | | | |
|---|---|---|---|
| n. | Failure to State a Claim upon which Relief Can Be Granted | $ | 25,000 |
| o. | Failure to Present a Living Injured Party | $ | 100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $ | 100,000* |
| q. | Failure to Provide IRS 1099 OID(s), and Other IRS Reporting Form(s) | | |

**Requirements upon Request**

| | | | |
|---|---|---|---|
| r. | Default By Non Response or Incomplete Response | $ | 100,000* |
| s. | Fraud | $ | 1,000,000* |
| t. | Racketeering | $ | 1,000,000* |
| u. | Theft of Public Funds | $ | 1,000,000* |
| v. | Dishonor in Commerce | $ | 1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty | | |
| | Calendar Days of Default as set forth herein | $ | 1,000,000** |
| x. | Perverting of Justice Judgment | $ | 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark | | |
| | After One Warning (per each occurrence) | $ | 50,000 Each |
| w. | Forcing psychiatric evaluations | $ | 500,000 per day |
| x. | Refusal to provide adequate and proper nutrition | | |
| | while incarcerated | $ | 50,000 per day |
| a. | Refusal to provide proper exercise while incarcerated | $ | 50,000 per day |
| b. | Refusal to provide proper dental care while incarcerated | $ | 50,000 per day |
| c. | Forced giving of body fluids | $ | 5,000,000 per day |
| d. | Forced injections/inoculations, vaccines | $ | 5,000,000 per day |
| e. | Forced separation from marriage contract | $ | 160,000 per day |
| f. | Confiscation/kidnapping of a body not a US Citizen | $ | 1,600,000 per day |
| g. | Corporate State continuing a mortgage for more than five years in | | |
| h. | violation of Banking Act of 1864 which takes precedence over | | |
| i. | current Statutes at large | $ | 1,600,000 per day |

Attempted extortion of funds from Social Security Cestui Que Trust, BROOK MICHAEL CHANDLER©, BROOK M CHANDLER© and BROOK CHANDLER© account, or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation $ 6,000,000 per count or charge

| | | | |
|---|---|---|---|
| j. | Attempted extortion of signature | $ | 6,000,000 per count or charge |
| k. | Attempted forgery of signature | $ | 6,000,000 per count or charge |

---

**Chandler, Brook Michael - Fee Schedule - Terms of Service**

Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)                                        $   50,0000

Services to others and/or Corporation(s).

      a. Studying                                                                    $    500 per hour
           while under threat, duress, coercion          $ 75,000 per hour

      b. Analyzing                                                                 $    500 per hour
           while under threat, duress, coercion          $ 75,000 per hour

      c. Research                                                                  $    500 per hour
           while under threat, duress, coercion          $ 75,000 per hour

      d. Preparing Documents                                           $    500 per hour
           while under threat, duress, coercion          $ 75,000 per hour

      e. Answering Questions                                            $    500 per hour
           while under threat, duress, coercion          $ 75,000 per hour

      f. Providing Information                                            $    500 per hour
           while under threat, duress, coercion          $ 75,000 per hour

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

*without prejudice Ucc 1 -308*

By: *Brook -M ° Chandler* ©

**Brook-Michael: Chandler, beneficiary to the public Social Security Cestui que Trust**
**Brook M. Chandler**

**Without Prejudice All Rights Reserved**


**JURAT**

**State of Hawaii           )**

Honolulu
**County of O'ahu      ) SS.**

**Subscribed and sworn to (or affirmed) before me,** JODIE M LERNER _____ **this**
3|st **day of** march _____, **2025 a Notice of Intent Fee Schedule, Dated:**
3.25.2025 _____ **No. of Pages: 7.**



**Notary Public - Autograph**

.

**Commission Expiration Date:** JUN 2 6 2027 **Seal**